# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ERIC JOHNSON**  **PETITIONER**
**ADC #132362**

**v.**  **CASE NO. 5:19-CV-00278-BSM**

**DEXTER PAYNE**  **RESPONDENT**

## ORDER

After *de novo* review of the record, including Eric Johnson's objections, United States Magistrate Judge Jerome Kearney's recommended disposition [Doc. No.11] is adopted, Johnson's petition for writ of habeas corpus [Doc. No. 2] is dismissed with prejudice, and a certificate of appealability is denied.

IT IS SO ORDERED this 17th day of June, 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE